UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO GOMEZ,<br><br>Plaintiff,<br><br>v.<br><br>BOARD OF PAROLE HEARINGS, et al.,<br><br>Defendants. | No. 2:16-cv-0911 CKD P<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, seeks relief pursuant to 42 U.S.C. § 1983. On September 1, 2016, plaintiff's original complaint was dismissed with thirty days' leave to amend. (ECF No. 15.) Plaintiff's amended complaint is now before the court for screening. See 28 U.S.C. § 1915A(a). (ECF No. 17.) Plaintiff has consented to Magistrate Judge jurisdiction over all proceedings this action. (ECF No. 13.)

Having reviewed the amended complaint, the undersigned concludes that it fails to cure the defects of the original complaint as discussed in the September 1, 2016 screening order. Because it appears that another round of amendment would be futile, the undersigned will dismiss this action for failure to state a claim.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice for failure to state a claim.

Dated:  October 13, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / gome0911.fac